United States District Court
Southern District of Texas
**ENTERED**
January 28, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TOMEKA WILLIAMS, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-04102 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| VIOLET IDOKOGO and DIVINE EMBRACE HEALTH SERVICES LLC, | § | |
| Defendants. | § | |

## ORDER

Plaintiff Tomeka Williams has notified the Court that the parties have resolved their dispute in mediation. Dkt 24.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move by April 30, 2025, to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on January 28, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge